FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP,<br><br>  Plaintiff,<br><br>  v.<br><br>US FOREST SERVICE; GLENN CASAMASSA, Pacific Northwest Regional Forester; RODNEY SMOLDON, Forest Supervisor, Colville National Forest; TRAVIS FLETCHER, District Ranger, Republic Ranger District US Forest Service,<br><br>  Defendants. | NO: 2:21-CV-161-RMP<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND HEARING DATES |

BEFORE THE COURT is the parties' Joint Motion to Extend Deadlines for Defendants' Responsive Pleading, Joint Rule 26(f) Report, and Scheduling Conference, ECF No. 6. The parties seek extensions to accommodate the filing of an amended complaint and response to the same. Having reviewed the motion and

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND HEARING DATES ~ 1

the record, the Court finds good cause to grant the parties' request to extend the deadlines as follows.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Extend Deadlines for Defendants' Responsive Pleading, Joint Rule 26(f) Report, and Scheduling Conference, ECF No. 6, is **GRANTED**.

2. The parties' July 2, 2021 deadline to file a Joint Rule 26(f) Report is extended to **August 27, 2021**.

3. The parties agree that Defendants need not answer or otherwise respond to the original Complaint, ECF No. 1, given that it will soon be replaced by an amended complaint.

4. Defendants' deadline to answer or otherwise respond to the Complaint in this matter is extended to **August 27, 2021**, after Plaintiff files an amended complaint on or before August 2, 2021.

5. The scheduling conference set for **July 9, 2021** is **STRICKEN** and **RESET** to **September 3, 2021 at 10:30 a.m. via video conference**. The parties shall refer to the Court's Notice of Scheduling Conference at ECF No. 5 for connection instructions.

/ / /

/ / /

/ / /

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND HEARING DATES ~ 2

1     **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this
2 Order and provide copies to counsel.
3     **DATED** July 2, 2021.

                                       *s/ Rosanna Malouf Peterson*
                                       ROSANNA MALOUF PETERSON
                                         United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND HEARING DATES ~ 3