FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. FOREST SERVICE; GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service; RODNEY SMOLDON, Forest Supervisor, Colville National Forest; TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service,<br><br>        Defendants. | No. 2:21-CV-161-SAB<br><br>**ORDER GRANTING JOINT MOTION TO DELAY CASE DEADLINES** |

Before the Court the parties' Joint Motion to Delay Case Deadlines, ECF No. 24. Plaintiff is represented by Claire Loebs Davis. Defendants are represented by Paul Gerald Freeborne.

The parties request that the Court extend the deadline to file motions for summary judgment and subsequent response deadlines. Plaintiff asserts that it intends to file an Amended Complaint and, because this development may complicate the efficient administration of this case, Plaintiff wishes to obtain the Court's guidance on how to proceed at the status conference before filing an

**ORDER GRANTING JOINT MOTION TO DELAY CASE DEADLINES** *1

opening brief. Defendants have agreed to extend certain deadlines in the current briefing schedule for this purpose.

The Court finds good cause to grant the Motion. The parties shall be prepared to discuss possible amendment of the operative complaint and case deadlines at the status conference currently scheduled for December 3, 2021.

Accordingly, it is **HEREBY ORDERED**:

1. The parties' Joint Motion to Delay Case Deadlines, ECF No. 24, is **GRANTED**.

2. The parties shall file a joint status report by **November 29, 2021** at **5:00 p.m.**

3. Plaintiff shall file its opening brief in support of summary judgment by **December 13, 2021**.

4. Defendants shall file their combined brief in opposition to Plaintiffs' motion for summary judgment and in support of Defendants' cross-motion for summary judgment by **January 24, 2022**.

5. Plaintiff shall file its combined reply in support of its motion for summary judgment and brief in opposition to Defendants' cross-motion for summary judgment by **February 14, 2022**.

6. Defendants shall file any reply in support of their cross motion for summary judgment by **March 14, 2022**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 22nd day of November 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING JOINT MOTION TO DELAY CASE DEADLINES *2**