Claire Loebs Davis, WSBA #39812
ANIMAL & EARTH ADVOCATES, PLLC
2226 Eastlake Ave E #101
Seattle, WA 98102
Tel: (206) 601-8476
claire@animalearthlaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE, GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service, RODNEY SMOLDON, Forest Supervisor, Colville National Forest, TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service.<br><br>Defendants. | Case No. 2:21-cv-161<br><br>**DECLARATION OF CLAIRE LOEBS DAVIS ISO MOTION FOR SUMMARY JUDGMENT** |

I, CLAIRE LOEBS DAVIS, declare and state as follows:

1. I am an attorney with the law firm of Animal & Earth Advocates PLLC and counsel of record on behalf of Petitioners in this matter. I am over the age of 18, am competent to testify, and have personal knowledge of the matters stated herein.

2. Attached to this Declaration as Exhibit A is a true and correct copy of Mark G. Henjum, et al., INTERIM PROTECTION FOR LATE SUCCESSIONAL FORESTS, FISHERIES, AND WATERSHEDS: NATIONAL FORESTS EAST OF THE CASCADE CREST, OREGON AND WASHINGTON 17 (1994), available at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://oregonwild.org/sites/default/files/pdf-files/Henjum%20et%20al%20Eastside%20Science%201994%20-%202.pdf.

3. Attached to this Declaration as Exhibit B is a true and correct copy of Jerry F. Franklin and K. Norman Johnson, *A Restoration Framework for Federal Forests in the Pacific Northwest,* JOURNAL OF FORESTRY 110:429-39 (2012), available at https://academic.oup.com/jof/article/110/8/429/4599612.

4. I discovered a number of discrepancies when comparing the administrative record filed with the Court to the Forest Service's online record of the Project at https://www.fs.usda.gov/project/?project=50741&exp=overview. For example, the Court administrative record includes a Sanpoil Environmental Assessment dated May 2020 (AR 06003-6077), which counsel for the Service indicated was the final Project EA. However, administrative record filed with the Court does *not* contain the December 2020 version of the Environmental Assessment

DAVIS DECLARATION - 1

1  dated December 2020, which was posted online as of October 12, 2020 (see
2  "Decision" documents). Similarly, the online version of the Sanpoil Silviculture
3  Report is dated May 26, 2020 (under "Analysis" documents), while the version that
4  the Service filed with the Court is dated June 28, 2021, more than a year later. *See*
5  AR 06866-05282. However, I performed an electronic comparison of the different
6  versions of these documents, and other then the change in date, they appear to be
7  substantively the same.
8      I declare under penalty of perjury under the laws of the State of Washington
9  that the foregoing it true and correct to the best of my knowledge.

    DATED: October 12, 2022

                            */s/ Claire Loebs Davis*
                            Claire Loebs Davis

DAVIS DECLARATION - 2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send notification of this filing to all counsel of record.

<i>/s/ Claire Loebs Davis</i><br>Claire Loebs Davis