Claire Loebs Davis, WSBA #39812
ANIMAL & EARTH ADVOCATES, PLLC
2226 Eastlake Ave E #101
Seattle, WA 98102
Tel: (206) 601-8476
claire@animalearthlaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP, | Case No. 2:21-cv-161 |
| Plaintiff, | **DECLARATION OF TIMOTHY J. COLEMAN** |
| v. | |
| U.S. FOREST SERVICE, GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service, RODNEY SMOLDON, Forest Supervisor, Colville National Forest, TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service. | |
| Defendants. | |

I, Timothy J. Coleman, declare and state as follows:

1.    I am over the age of 18, competent to testify, and have personal knowledge of the matters stated herein.

2.    I have lived in Republic, Washington, and worked in Ferry County for the last 37 years.

3.    I am the executive director for Kettle Range Conservation Group ("KRCG"), a rural, grassroots, non-profit environmental charity formed in 1976 in Republic, Washington, with a membership of about 500 people. KRCG's mission is to defend wilderness, protect biodiversity, and restore ecosystems of the upper Columbia River Basin, including the Sanpoil project area. KRCG's work includes oversight of federal management of the Okanogan and Colville National Forests; promotion of dry and damaged forest restoration; environmental education for citizens, business, and community groups; preservation of wilderness; and protection of fish and wildlife.

4.    KRCG is a founding board member of the Northeast Washington Forest Coalition ("NEWFC"), a collaborative organization created in 2002 by groups representing the interests of the timber industry and recreational and conservation interests. NEWFC works with the Forest Service on projects in the Colville Forest that promote ecological forest restoration, aquatic restoration, wildland protection, recreation, and economic stability in the surrounding area. Over the past 20 years, NEWFC has cooperated with the Forest Service on a number of projects.

5.    Although KRCG resigned its NEWFC board seat in June 2022, it held a board seat during the entirety of the commenting, objection, and approval

COLEMAN DECLARATION - 1

processes for the 2019 Colville Forest Management Plan and the 2020 Sanpoil Project. Because NEWFC operates by consensus, all board members must approve any comments and objections submitted to the Forest Service. KRCG participated actively in all NEWFC comments and objections filed in relationship to the 2019 Forest Plan and the 2020 Sanpoil Project.

6.     The Sanpoil Project marked the first time in its 18-year history that NEWFC had filed an objection to a Forest Service project. This Project thus marked a significant departure from the collaborative relationship that NEWFC had built with the Service, which had enabled us to resolve our concerns before the objection process and avoid litigation.

7.     On its own and through its membership in NEWFC, KRCG participated in the comment and objection phases during the development of the Sanpoil Project and the 2019 Forest Plan. Acting both as the KRCG executive director and as a board member of NEWFC, I submitted comments and objections on behalf of myself and KRCG members and staff.

8.     I have worked professionally in Colville National Forest range management since 1990, including monitoring the conditions in the area and undertaking habitat remediation projects. This work has included old-growth forest photo interpretation and mapping for National Audubon, aerial photography, on-the-ground forest project surveys, and post-harvest forest monitoring. My work is focused on protecting and restoring healthy ecosystems, and we will not accomplish this without protecting large, old trees.

9.     The Sanpoil Project area is about 30 minutes from my home. I go to

COLEMAN DECLARATION - 2

this region frequently to ski, hike, hunt, fish, observe wildlife, and search for mushrooms. I engage in these activities both for physical exercise and to maintain my mental health by connecting with nature. These activities allow me to experience the beauty of the wild lands and wildlife that permeates the Kettle River Range. This area is spectacular in the fall, with fabulous golden foliage and layers of scrub.

10.     I travel into and throughout the Kettle Range weekly, including in the Project area. Every year since 1983, I have visited the Project area to work and recreate every year from May through November, and again every December through May to ski. I plan to continue these visits in the coming months and years.

11.     The Sanpoil Project area is very special to me, and I have an intimate knowledge of its mountains, valleys, and streams. It is a unique place with open, south facing grass and shrubs with open forest glades and a lot of shale rock, making it a landscape that is easy to traverse even where there are no trails. Where the Service has allowed logging in the Forest, it is more difficult to walk because young trees are often close to each other and with dense branching.

12.     I have hiked Thirteenmile, Edds, and Snow Peak trails within the Project area for decades and have led free annual hikes on these trails as part of KRCG's annual Kettle Rendezvous every summer. Beginning in 2013, KRCG promoted and helped construct the new Gibraltar Trail, which is now a very popular trail that is almost entirely within the Sanpoil Project area. I took the photo below in the fall of 2021, showing the fall colors of Western larch from the Gibraltar Trail.

COLEMAN DECLARATION - 3

1
2
3
4
5
6
7
8
9
10
11
12
13



14      13.    The Pacific Northwest National Scenic Trail traverses a ridgeline with

15  exceptional views of most of the Sanpoil Project area that are currently wild and

16  unspoiled. I am concerned that the logging planned through the Sanpoil Project will

17  ruin the enjoyment of this trail for me and countless others. I took the picture below

18  from the Pacific Northwest National Scenic Trail in August 2022, looking directly

19  over the Sanpoil Project area. The photo shows Thirteenmile Mountain (with the

20  bald tops) on the left side of the picture behind the heavily forested Granite Mountain

21  in the foreground.

22
23

COLEMAN DECLARATION - 4

1
2
3
4
5
6
7
8
9
10
11
12
13



14    14.    I have hunted in the project area since the 1980s for deer and forest

15    grouse, and fly-fished Ninemile Creek. The best part of these trips were the solitude,

16    beauty and uniqueness of the area. It is a gem that will be impossible to replace when

17    it is destroyed.

18    15.    When I recreate in the Sanpoil area, I take delight in seeing, searching

19    for, and studying many species of fish and wildlife that live in the region, including

20    wolves, lynx, and other sensitive, threatened, and endangered species that the Project

21    may displace. I have seen wolf tracks and scat on the Edds Mountain, Snow Peak,

22    and Kettle Crest Trails within the Sanpoil Project area. I saw one wolf in the Walker

23    Project area that is north but adjacent to the Sanpoil Project area. I saw a second wolf

COLEMAN DECLARATION - 5

that was captured by a remote camera in the Sherman Pass Project area that is adjacent to the Sanpoil Project area. On two occasions I have seen wolverine tracks on Snow Peak during winter skiing trips and reported them to Washington Department of Fish and Wildlife and the Forest Service.

16.    Within the Sanpoil Project area, the Cougar Mountain, Thirteenmile, and Bald-Snow Inventoried Roadless Areas provide essential migratory pathways that connect to wildland forests and grasslands in British Columbia. In fact, these areas have been deemed to be important "habitat concentration areas" for large carnivores in the Kettle Range.

17.    The Sanpoil Project area contains a lot of beautiful, old growth forest of mixed conifer and hardwood species and a large variety of plant communities. Because of these characteristics, Thirteenmile, Cougar and Bald-Snow Roadless Areas were initially part of the legislation that became the 1984 Wilderness Act. Although these areas were dropped from the final House bill and thus did not become protected wilderness, they remain wild and relatively unspoiled today. I am concerned that the Sanpoil Project will destroy much of the old-growth forest in the Sanpoil area, especially now that the 2019 Forest Plan no longer includes a prohibition on logging trees over 21 inches DBH.

18.    During a NEWFC field trip in December 2021 to the Sherwood Creek Experimental Forest east of Chewelah, Washington State University Extension Forester Sean Alexander informed me that when the Forest Service attempted to

COLEMAN DECLARATION - 6

apply the forest structure restoration strategy described in Churchill, et al.[1] to test plots in the Blue Mountains area of Oregon, loggers were unable to apply the science to restore spatial patterns mimicking the Forest's historic conditions. Simply, loggers could not duplicate what the scientists wanted them to do. Yet this is the strategy the Forest Service is attempting to apply in the 2019 Forest Plan and the Sanpoil Project.

19.    The Sanpoil project has been advertised for bids, meaning that the damage threatened by the Project is now imminent. *See* Exhibit A (attached). The contract description in Exhibit B (Sanpoil DxP Stewardship Reoffer) indicates that logging companies will decide what trees to cut to move the stand structure to a more historic condition, without direct guidance from the Forest Service. The Forest Service calls this Designation by Prescription (DxP), which allows logging companies to decide what to do and how to do it. I have grave concerns with the use of this procedure to implement the Sanpoil Project and believe that it will significantly diminish my continued enjoyment of the Sanpoil area, and that of other KRCG members.

20.    To state the obvious, logging companies have no expertise or experience in achieving historic "reference" conditions, making it very unlikely that the Project will achieve this objective. In fact, there is no way to predict what the

---

[1] Derek J. Churchill, et al., HISTORICAL FOREST STRUCTURE, COMPOSITION, AND SPATIAL PATTERN IN DRY CONIFER FORESTS OF THE WESTERN BLUE MOUNTAINS, OREGON, Gen. Tech. Rep. PNW-GTR-956 (USFS 2017). Available online at https://www.srs.fs.usda.gov/pubs/55418.

COLEMAN DECLARATION - 7

logging companies will decide to do, especially when the Forest Service does not include specific unit prescriptions as part of the Project, or give the logging companies strict, bright-line rules to adhere to. As a result, the Forest Service was not able to do a meaningful evaluation of how the Project will affect wildlife, recreation, and other important values—and it is equally impossible for the public to understand the potential effects of the project and offer informed comments through the National Environmental Policy Act (NEPA) process. I believe this is a violation of the intent and purpose of NEPA, which directly injures me as a member of the public who has participated extensively in this process for many years.

21.    In addition, there is ample evidence from projects the Forest Service has recently completed, including Sherman Pass and Trout Lake, that this process will result in a severely degraded forest environment—which will be very different from and vastly inferior to historic conditions, and which will directly harm wildlife habitat and scenic and recreational values. As a result of the application of this process to Sanpoil, there will be a lot fewer large trees, a lot less diversity of plant and animal life, and the beauty of the area will be destroyed for all the people, like me, who recreate in this region.

22.    I took the photograph at the end of the next paragraph in July 2021. It is of a 40-acre clearcut at the head of Graves Mountain Road, which shows the results of using a similar process in the Sherman Pass Project.

23.    Project objectives for Sherman Pass as described in the Decision Notice and FONSI were to "[thin]…small to intermediate trees." AR 03753. Similarly, the Sherman Pass environmental assessment stated that the "proposed mechanical

COLEMAN DECLARATION - 8

ANIMAL & EARTH ADVOCATES, PLLC
2226 EASTLAKE AVE E #101
SEATTLE, WA 98102
206.601.8476 FAX: 206.456.5191

vegetation treatments provide for fuels reduction through harvest of trees that are 4" to 21" diameter with additional treatment of the remaining slash and understory," and "[i]n stands with moderate-to-high levels of insect and disease activity, small group openings…could result in openings up to 5 acres in size." AR 03536. Thus, the Sherman Pass Project area was supposed to be subject to be "small and intermediate" tree cutting and no "openings up to 5 acres in size." What the logging companies actually did, however, was a clearcut.



24.     The photo above is in stark contrast to moist mixed-conifer forest stands and natural clumping of large trees on dry south-facing slopes that used to occur in this area of the Sherman Pass Project, and which occurs in the Sanpoil area now— as depicted in the following photo that I took earlier this year of the Quartz Mountain

COLEMAN DECLARATION - 9

1   area of the Sanpoil Project area. I fear that what happened in Sherman Pass will

2   happen in Sanpoil, and this concern was accentuated by the Service's refusal to

3   provide me and other NEWFC members with specifics about the Project plans.



17   25.    Trout Lake suffered a similar fate as Sherman Pass. The Trout Lake CE

18   Decision Memo states Project Objectives as follows: "The treatments authorized by

19   this decision are designed to improve forest health and resiliency to insect and

20   disease infestations by reducing stocking (tree density) and shifting tree species

21   composition to more suitable conditions (within the "historic range of variability.")

22   The Healthy Forest Restoration Act is cited in the Decision Memo as follows:

23   "Consistent with HFRA, the proposed action focuses on the retention of large trees,

ANIMAL & EARTH ADVOCATES, PLLC
2226 EASTLAKE AVE E #101
SEATTLE, WA 98102
206.601.8476 FAX: 206.456.5191

thinning of small-diameter trees, creation of strategic fuel breaks, and the use of prescribed fire." AR 05777. And the memo also claims that: "This decision will [i]mprove forest health resiliency to insect and disease infestations by reducing stocking (tree density) and shifting tree species composition to more suitable conditions (within the "historic range of variability")." AR 05779. Yet the result of this project was similar to what I observed in Sherman Pass: 1,148 acres in the Trout Lake Project Area were clearcut. I took the photos below on May 20, 2021, showing a 60-acre clearcut in the Trout Lake Project area (left) and a Ponderosa pine "restoration" unit in the Trout Lake Project area (right). The stumps in the photo on the right are all stumps from Ponderosa pine greater than 20 inches DBH. The clearcut removed Douglas fir and Western red cedar in addition to Ponderosa pine.

 

26.     I have examined historic photos of the Sanpoil watershed from 1934 that are readily available on the Washington Rural Heritage website, and I have included two below. The top photo was taken from the Thirteenmile Mountain fire lookout, and is available at https://www.washingtonruralheritage.org/

ANIMAL & EARTH ADVOCATES, PLLC
2226 EASTLAKE AVE E #101
SEATTLE, WA 98102
206.601.8476 FAX: 206.456.5191

1  digital/collection/r6cnf/id/168/rec/129. It is of the west, north, and northeast of

2  Thirteenmile Mountain located at the southern Sanpoil Project area boundary—so,

3  everything that is clearly visible in this photo is in the Sanpoil Project area. The

4  bottom photo, available at https://www.washingtonruralheritage.org/digita

5  l/collection/r6cnf/id/137/rec/2, was taken from the Quartz Mountain Lookout, which

6  is on the northwest corner of the Sanpoil Project area, looking east up the Ninemile

7  Creek drainage. It clearly shows a fully stocked forest of large trees.





COLEMAN DECLARATION - 12

ANIMAL & EARTH ADVOCATES, PLLC
2226 EASTLAKE AVE E #101
SEATTLE, WA 98102
206.601.8476 FAX: 206.456.5191

27.    Allowing logging companies to cut trees in this area as they see fit will clearly not result in anything that looks like the "historic" forest condition that the 2019 Plan indicates it wants to achieve, and will destroy much of the scenic beauty and wildlife habitat that I enjoy in this region.

28.    I have been distressed by the Service's failure to provide me and other member of the public with the information necessary to understand what it plans to do with the Sanpoil Project. I took the picture below on August 5, 2022 along the Edds Mountain Trail about a half mile from the trailhead. This picture of Sanpoil "Unit 506" is an example of the lack of information provided to the public in Sanpoil NEPA documents and the current contract offering, because "Unit 506" is not listed on the maps in the Sanpoil Environmental Assessment or in the Sanpoil contract offering. The coarse map provided in the Environmental Assessment does not even show Road 300 that leads to the Edds Mountain Trail, even though there are numerous, blue-painted unit markers indicating project boundaries up to this road and the trail. It is obvious from the lack of weathering that the Unit 506 boundary markers were placed this past summer rather than during the wet spring.

COLEMAN DECLARATION - 13

ANIMAL & EARTH ADVOCATES, PLLC
2226 EASTLAKE AVE E #101
SEATTLE, WA 98102
206.601.8476 FAX: 206.456.5191

1
2
3
4
5
6
7
8
9
10
11
12
13



14  29.    I have reviewed the maps of the Sanpoil Project that the Forest Service

15  provided to the public, and I believe that they are virtually useless. The coarse scale

16  "Silvicultural Treatments" map (AR 05611.27) and the specialist reports do not

17  provide sufficient detail such that the public can identify on the ground unit

18  locations. The geography of the Sanpoil Project area is complex, convoluted, rugged,

19  and lacking specific detail except for easily identifieable features such as mountain

20  tops, streams, and numbered Forest Service roads. As such, it is impossible to

21  identify the boundaries of logging treatment units if these features are not included

22  in the maps.

23  30.    In the survey that I did of the Project area this past summer, more than

COLEMAN DECLARATION - 14

1    a year after the Sanpoil ROD was signed, there is still very little indication of where

2    logging units are located. Except for occasional splashes of blue paint or ribbons on

3    trees, there was no indication at all that a timber sale was being prepared for the

4    project area. The one exception is "Unit 506" noted above.

5        31.    Treatment unit details are not what I nor the rest of the public are

6    accustomed to getting from the Forest Service for a timber sale. In the past, in

7    addition to specific treatment details, it was customary to receive a detailed project

8    area unit map with clearly identifiable location details coupled with unit boundary

9    markers in the field. For example, NEWFC and I participated in the collaborative

10   development of the Walker Project that shares a southern boundary with the Sanpoil

11   Project. Appendix A for the Walker Project correlated unit by unit the number, size,

12   prescriptions, harvest methods, and fuel treatment for each unit together with notes

13   regarding unique elements of each unit. AR02040-02047. In contrast, the Forest

14   Service has refused to provide such detailed information regarding the Sanpoil

15   Project. The coarse scale unit boundaries in the Sanpoil EA don't even align with

16   the unit boundaries in the current Sanpoil contract offering. Unit numbering is

17   inconsistent as well. Attached as Exhibit C is a map that I developed comparing parts

18   of the map in the contract offering (Exhibit E) with the coarse scale unit boundaries

19   in the Sanpoil EA (AR 06024)

20       32.    Attached as Exhibit D is the only additional map provided by Colville

21   National Forest staff in response to NWFC's request for detailed project

22   prescriptions. AR 06139. It was provided by Eric Pfeiffer in May 2020. None of the

23   units shown on the map were marked in the field.

COLEMAN DECLARATION - 15

ANIMAL & EARTH ADVOCATES, PLLC
2226 EASTLAKE AVE E #101
SEATTLE, WA 98102
206.601.8476 FAX: 206.456.5191

1

2       I declare under penalty of perjury under the laws of the State of Washington

3  that the foregoing is true and correct to the best of my knowledge.

4       DATED this 11th day of October 2022 in Republic, Washington.

5

6



7

8         _____

9          Timothy J. Coleman

10

11

12

13

14

15

16

17

18

19

20

21

22

23

COLEMAN DECLARATION - 16