FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. FOREST SERVICE; GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service; RODNEY SMOLDON, Forest Supervisor, Colville National Forest; and TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service,<br><br>      Defendants. | No. 2:21-CV-00161-SAB<br><br>**ORDER REQUESTING BRIEFING RE: PRELIMINARY INJUNCTION** |

      Pending before the Court are the parties' Cross-Motions for Summary Judgment, ECF Nos. 48 and 54. Given the voluminous record, the motions were taken under advisement on February 9, 2023. At oral argument, Defendants indicated the project in question was anticipated to begin in May of 2023.

      In its First Amended Complaint, Plaintiff requested injunctive relief. By this Order, the parties shall submit simultaneous briefs addressing whether a preliminary injunction is appropriate pending adjudication of the motions.

**ORDER REQUESTING BRIEFING RE: PRELIMINARY INJUNCTION** *1

Accordingly, it is **HEREBY ORDERED**:

1. The parties shall file simultaneous briefs addressing whether a preliminary injunction is appropriate on or before **March 31, 2023**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 17th day of March 2023.



                        Stanley A. Bastian
                Chief United States District Judge

**ORDER REQUESTING BRIEFING RE: PRELIMINARY INJUNCTION *2**