Claire Loebs Davis, WSBA #39812
ANIMAL & EARTH ADVOCATES, PLLC
20520 105th Ave., SW
Vashon, WA 98070
Tel: (206) 601-8476
claire@animalearthlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE, GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service, RODNEY SMOLDON, Forest Supervisor, Colville National Forest, TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service.<br><br>Defendants. | Case No. 2:21-cv-161<br><br>**PLAINTIFF'S STATEMENT RE NEED FOR PRELIMINARY INJUNCTIVE RELIEF** |

At this time, Plaintiff is not seeking a preliminary injunction pending the Court's decision on cross-motions for summary judgment.[1]

Counsel for the U.S. Forest Service ("Service") has represented that commercial timber harvest will not begin in the Sanpoil Project Area until August 2023, at the earliest, leaving the Court with at least four more months to issue an opinion before challenged work begins in the Project Area. Meanwhile, the Service is continuing to implement the 2019 Colville National Forest Land Management Plan ("2019 Plan") through other logging projects, using the new Guideline for Large Tree Management (FW-GDL-VEG-03) to authorize the logging of trees over 21" diameter at breast height ("DBH").[2] As a result, Plaintiff respectfully submits that it is critical for the Court to issue a timely order on the pending cross-motions

---

[1] In lieu of briefing on the need for a preliminary injunction, Plaintiff suggested the parties submit a joint statement memorializing these commitments and indicating their agreement that there is no present need for a preliminary injunction. The Service declined. *See* Exhibit A to Declaration of Claire Loebs Davis re Statement on Preliminary Injunction, at 1.

[2] *See, e.g.*, Davis Declaration Ex. B, Environmental Assessment for Bulldog Restoration Project, at 7 (describing potential removal of trees up to 25" DBH); Davis Declaration Ex. C, Chewelah A to Z Stewardship Project Final Environmental Assessment, at 7 (describing several circumstances under which trees over 20" DBH may be removed through commercial treatments).

STATEMENT RE PRELIMINARY INJUNCTION - 1

ANIMAL & EARTH ADVOCATES, PLLC
20520 105TH AVE., SW
VASHON, WA 98070
206.601.8476  FAX: 206.456.5191

for summary judgment, to provide guidance to the Service and potential litigants about the legality of the challenged portion of the 2019 Plan before those projects proceed. However, Plaintiff believes it would be more appropriate to discuss the details of these logging projects through separate litigation, as necessary, rather than derailing the Court's review of the already voluminous record in this case with a discussion of new facts related to the threat of irreparable harm posed by other projects proceeding under the challenged guideline in the 2019 Plan.

Because a preliminary injunction is not necessary at this time, Plaintiff will not reprise the extensive briefing on the merits the parties have already submitted in support of their cross-motions for summary judgment. Instead, Plaintiff respectfully requests that the Court enter an order memorializing the Service's representations regarding work on the Sanpoil Project, on which Plaintiff is relying in declining to seek a preliminary injunction now:

- The only work that shall occur on the Sanpoil Project prior to August 2023 is road reconstruction and maintenance on existing system roads, which would likely be necessary even without the Sanpoil Project. *See* Davis Ex. A at 2.

- Commercial timber harvest in the Sanpoil Project Area will not begin until August 2023, at the earliest. *Id.*

Plaintiff also suggests that the Court direct the parties to file a status report by July 3, 2023, if the Court has not issued its final opinion by that time, so the Service

STATEMENT RE PRELIMINARY INJUNCTION - 2

can update the Court on the Project schedule, and Plaintiff can advise the Court if there is a need for briefing on a preliminary injunction in light of that schedule.

Respectfully submitted,

ANIMAL & EARTH ADVOCATES, PLLC

*/s/ Claire Loebs Davis*
Claire Loebs Davis
20520 105th Ave., SW
Vashon, WA 98070
Tel: (206) 601-8476
claire@animalearthlaw.com

*Attorney for Plaintiffs*

STATEMENT RE PRELIMINARY INJUNCTION - 3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send notification of this filing to all counsel of record.

*/s/ Claire Loebs Davis*
Claire Loebs Davis