FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP, | No. 2:21-CV-00161-SAB |
| Plaintiff, | |
| v. | **ORDER REGARDING** |
| U.S. FOREST SERVICE; GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service; RODNEY SMOLDON, Forest Supervisor, Colville National Forest; and TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service, | **PRELIMINARY INJUNCTION** |
| Defendants. | |

On March 17, 2023, the Court requested the parties to submit briefs addressing whether a preliminary injunction was appropriate pending resolution of the cross-motions for summary judgment.

Defendants have indicated the following:

- The only work that shall occur on the Sanpoil Project prior to August 2023 is road reconstruction and maintenance on existing system roads; and

**ORDER REGARDING PRELIMINARY INJUNCTION** *1

- Commercial timber harvest in the Sanpoil Project Area will not begin until August 2023, at the earliest.

The Court will not issue an injunction at this time, because the parties appear to agree to the foregoing facts and that additional project work will not occur prior to August 2023.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 13th day of April 2023.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER REGARDING PRELIMINARY INJUNCTION \*2**