AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 21, 2023**

SEAN F. McAVOY, CLERK

KETTLE RANGE CONSERVATION GROUP,

*Plaintiff*

v.

U.S. FOREST SERVICE; GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service; RODNEY SMOLDON, Forest Supervisor, Colville National Forest; and TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service,

*Defendant*

Civil Action No. 2:21-cv-00161-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Leave to File Extra Record Evidence (ECF No. 46) is GRANTED. The Eastside Screens Report, ECF No. 47-1, is ACCEPTED into the record.
Plaintiff's Motion for Summary Judgment (ECF No. 48) is GRANTED, and Defendants' Motion for Summary Judgment (ECF No. 54) is DENIED. Parties are directed to meet and confer and notify the Court within thirty (30) days regarding what the next steps should be for this case, if any. Judgment is entered in favor of Plaintiff and against Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on motions for summary judgment.

Date: 06/21/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*
Allison Yates