FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. FOREST SERVICE; GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service; RODNEY SMOLDON, Forest Supervisor, Colville National Forest; and TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service,<br><br>　　　　Defendants. | No. 2:21-CV-00161-SAB<br><br>**ORDER REGARDING JOINT STATUS REPORT** |

On June 21, 2023, the Court issued Judgment in this case. ECF No. 75. On July 21, 2023, the parties submitted a Joint Status Report, which the Court has reviewed. ECF No. 76. Plaintiff Kettle Range Conservation Group states it intends to file post-Judgment motions and requests the Court to set briefing deadlines. The parties may file any post-Judgment motions pursuant to the deadlines established under the Local Civil Rules. As there are no pending motions, no further action is necessary from the Court at this time.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 11th day of August 2023.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER REGARDING JOINT STATUS REPORT *2**