Claire Loebs Davis, WSBA #39812
ANIMAL & EARTH ADVOCATES, PLLC
20520 105th Ave SW
Vashon, WA 98070-6557
Tel: (206) 601-8476
claire@animalearthlaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE, GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service, RODNEY SMOLDON, Forest Supervisor, Colville National Forest, TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service.<br><br>Defendants. | Case No. 2:21-cv-161<br><br>**DECLARATION OF ANN E. PREZYNA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES CORRECTED** |

I, ANN E. PREZYNA, hereby declare:

1. I am a partner in Animal & Earth Advocates, counsel for Plaintiff in this matter, and have assisted lead counsel Ms. Claire Loebs Davis in developing and litigating this case, by preparing and reviewing pleadings, evaluating factual evidence, drafting declarations, and sometimes pitching in to do paralegal tasks. I have personal knowledge of all statements in this declaration.

2. I am a Washington attorney with more than 40 years of experience in state and federal environmental litigation. I graduated from Cornell University in 1973 with a B.S. in Natural Resources, from the University of Wisconsin-Madison in 1977 with an M.S. in Water Resources Management and received my J.D. from The George Washington University law school in 1976 with an emphasis in environmental law.

3. I worked for nearly ten years for the Alaska Attorney General's Office on complex oil and gas matters and other environmental matters, including timber sales, commercial fishing, fish and game, and water and air pollution regulatory matters, and served as in-house environmental counsel for British Petroleum. I began working for the U.S. Environmental Protection Agency in 1987 and stayed for more than 25 years, including about 20 years as deputy regional counsel or acting regional counsel, until I retired in 2014. Following my retirement, I served as general counsel for Sea Shepherd Conservation Society, and as "of counsel" for the Animal and

PREZYNA DECLARATION    1

Earth Practice Group at Lane Powell, where I billed at a rate of $665/hour in 2019. In 2019, I co-founded Animal & Earth Advocates, a law firm dedicated exclusively to bringing public interest litigation related to wildlife and the environment.

4. True and accurate timesheets for the time I spent on this matter are included as part of Exhibit B to the application for fees. I track my time using a stopwatch and then then enter my daily time into a timekeeping program in six-minute increments, before reviewing all my time for their accuracy. I claim a total of 94.5 attorney hours on this litigation.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed and dated this 6th day of February 2024 in Palominas, Arizona.

*/s/ Ann E. Prezyna*

_____

ANN E. PREZYNA

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court on February 6, 2024, using the Court's electronic filing system, which will send notification of said filing to the attorneys of records that have, as required, registered with the Court's system.

/s/ *Ann E. Prezyna*
Ann E. Prezyna