Claire Loebs Davis, WSBA #39812
ANIMAL & EARTH ADVOCATES, PLLC
20520 105th Ave. SW
Vashon, WA 98070-6557
Tel: (206) 601-8476
claire@animalearthlaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE, GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. Forest Service, RODNEY SMOLDON, Forest Supervisor, Colville National Forest, TRAVIS FLETCHER, District Ranger, Republic Ranger District, U.S. Forest Service.<br><br>Defendants. | Case No. 2:21-cv-00161 SAB<br><br>**PLAINTIFF'S MOTION TO WITHDRAW FEE REQUEST AND CLOSE MATTER** |

1 | In their Stipulated Motion Regarding Plaintiff's Motion for Attorney's Fees and Bill of Costs (ECF No. 99), the parties notified the Court that they had executed a settlement agreement to resolve the motion, and that Plaintiff would withdraw the motion with prejudice upon satisfaction of the settlement terms.

Federal Defendants have now satisfied the terms of the settlement agreement. Accordingly, Plaintiff hereby moves to withdraw with prejudice its Motion for Attorney's Fees and Bill of Costs (ECF No. 86). There being no remaining issues in dispute, and upon agreement between the parties, Plaintiff asks the Court to close the above-captioned matter.

Respectfully submitted this 25th day of July 2024.

ANIMAL & EARTH ADVOCATES, PLLC

*s/ Claire Loebs Davis*
Claire Loebs Davis
20520 105th Ave SW
Vashon, WA 98070-6557
Tel: (206) 601-8476
claire@animalearthlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court on July 25, 2024, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

*/s/ Claire Loebs Davis*
Claire Loebs Davis